IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DELOUISE DAILEY,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION 14-00423-KD-M** |
| : | |
| **SYLVIA HANDS, et al.,** : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 20, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' motion to dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED with prejudice** in its entirety for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the **23rd** day of **March 2015.**

                            /s/ Kristi K. DuBose
                            **KRISTI K. DuBOSE**
                            **UNITED STATES DISTRICT JUDGE**